

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Weldon Boyce Bridges, Appellant

No. 06-12-00109-CR        v.

The State of Texas, Appellee

Appeal from the 159th District Court of Angelina County, Texas (Tr. Ct. No. CR-27979). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We note that the appellant, Weldon Boyce Bridges, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 27, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk